NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PFIZER INC., WARNER-LAMBERT COMPANY LLC, AND C.P. PHARMACEUTICALS INTERNATIONAL C.V.,**
*Plaintiffs-Appellees,*

AND

**NORTHWESTERN UNIVERSITY,**
*Plaintiff-Appellee,*

v.

**TEVA PHARMACEUTICALS USA, INC. AND TEVA PHARMACEUTICAL INDUSTRIES, LTD.,**
*Defendants-Appellants,*

AND

**LUPIN, LTD. AND LUPIN PHARMACEUTICALS, INC.,**
*Defendants-Appellants,*

AND

**ACTAVIS, INC. AND ACTAVIS ELIZABETH, LLC,**
*Defendants-Appellants,*

AND

**COBALT LABORATORIES, INC. AND COBALT PHARMACEUTICALS, INC.,**
*Defendants-Appellants,*

AND

## SUN PHARMA GLOBAL, INC., SUN PHARMACEUTICAL INDUSTRIES, LTD., AND SUN PHARMACEUTICAL INDUSTRIES, INC.,

*Defendants-Appellants,*

AND

## WOCKHARDT LIMITED AND WOCKHARDT USA, LLC,

*Defendants-Appellants,*

AND

## ALPHAPHARM PTY. LTD. AND MYLAN PHARMACEUTICALS, INC.,

*Defendants-Appellants.*

---

2012-1576, -1601, -1602, -1603, -1604, -1605, -1607

---

Appeals from the United States District Court for the District of Delaware in consolidated case no. 09-CV-0307, Chief Judge Gregory M. Sleet.

---

## ON MOTION

---

## ORDER

The parties jointly move for an extension of 31 days, until November 19, 2012, for the appellants to file their principal briefs and 46 days, until February 15, 2013, for appellees to file their responsive brief.

PFIZER INC. V. TEVA PHARMACEUTICALS USA                    3

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.


                                        FOR THE COURT


                                        /s/ Jan Horbaly
                                        Jan Horbaly
                                        Clerk
s27